UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| DAVID KIRKPATRICK, | ) |
| Plaintiff, | ) Case No. 1:18-cv-00139-GNS |
| v. | ) Honorable Greg N. Stivers |
| AETNA LIFE INSURANCE COMPANY, | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

This matter is before the Court on the parties' Stipulation of Dismissal [Doc. # 13]. The Court, having reviewed said motion and being duly advised, now APPROVES same.

IT IS HEREBY ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Greg N. Stivers, Chief Judge
United States District Court

February 5, 2019

Copies to:
Tina M. Bengs
tina.bengs@ogletree.com
Kevin E. Roberts
kevin.roberts@ogletree.com
K. Cody Allison
cody@codyallison.com

36839723.1